# EXHIBIT A

Lolita Harrison
9428 E Sutton Drive
Scottsdale, Arizona 85260
Telephone: 480-253-1974
Pro Se Plaintiff



COPY

MAR  5 2018



MICHAEL K. JEANES, CLERK
W. STEVENS
DEPUTY CLERK

IN THE SUPERIOR COURT ARIZONA,

MARICOPA COUNTY

LOLITA HARRISON,

    Plaintiff,

·vs.

HONEYWELL INTERNATIONAL,
    Defendant,

CV2018-051491

**COMPLAINT FOR
DEBTS OWED
AND
COMPENSATORY AND
PUNITIVE DAMAGES AND
INJUNCTIVE RELIEF**

    Pursuant to A. R. C. P. 3, 4, Plaintiff, Lolita Harrison, hereby brings and serves this Complaint for Debts Owed and Compensatory and Punitive Damages and Injunctive Relief on Honeywell International. The above named Court has Jurisdiction and the Venue is proper pursuant to A. R. S. §12-123.

    The foregoing is supported by the following Memorandum of Points and Authorities attached hereto.

**RESPECTFULLY SUBMITTED** this 2nd day of March, 2018.

Lolita Harrison, Plaintiff

**Lolita Harrison
9428 E Sutton Drive
Scottsdale, AZ 85260
Telephone: 480-253-1974**

Lolita Harrison
9428 E Sutton Drive
Scottsdale, Arizona 85260
Telephone: 480-253-1974
Pro Se Plaintiff

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff, Lolita Harrison, (hereinafter "Plaintiff") is filing this Complaint on Honeywell International, (hereinafter "Defendant") as Defendant has failed to pay Plaintiff payroll in an accurate and timely manner in more than one instance per the FLSA (Fair Labor Standards Act) and as stated in ARS Title 23, Article 7, 23-353 (Arizona Revised Statues) causing a succession of financial issues to the Plaintiff.

Plaintiff has on more than one occasions contacted Defendant and supplied evidence to the allegations in an effort to rectify the situation and resolve the issue. Defendant has failed to respond to Plaintiffs request in any way to resolve the issue.

These egregious and malicious committed acts by the Defendant take place between May 1, 2017 and December 31, 2017. The Defendants committed acts have caused undue hardship, emotional and financial distress not only on the Plaintiff but on her Son as well on a continual basis. *A Defendant can be said to "trample" on a Plaintiffs rights when "shown to have engaged in plainly unlawful conduct. There is no requirement of a pattern of wrongdoing...., a single act that is sufficiently egregious will suffice". See, Smith v. Wade.*

Plaintiff is currently a committed employee to the Defendant maintaining and upholding the dual employment agreement between Defendant and Plaintiff since May 2017with employment on a consistent basis and to a 40-hour work week with bi-weekly payroll to the Plaintiff from date of hire to current date in spite of the Defendants committed acts of untimely and improper payroll amounts.

Plaintiff has always paid her personal financial debts in a timely fashion, until the illegal committed acts by the Defendant began and was forced to ask for the

Lolita Harrison
9428 E Sutton Drive
Scottsdale, Arizona 85260
Telephone: 480-253-1974
Pro Se Plaintiff

assistance of friends for personal loans in an attempt to maintain her positive balances with her Creditors.

The Defendants improper payroll payment procedure has caused severe emotional distress, headaches, sleepless nights and other financial issues to the Plaintiff, the factual allegations are described below and as shown in attached Exhibit A.

1. Defendants lack proper and timely payroll payment for services given from the Plaintiff since May 2017 to December 31, 2017 has caused the Plaintiff in each instance to fall behind at least 3 months in proper bill paying and has caused severe levels of distress.

2. Defendants lack of proper and timely payroll payments has happened numerous times in the past to a large number of employees in various departments, this is without regards to any particular payroll software used by the Defendant and this issue has not been rectified to current date.

3. Plaintiff ACHs all her financial payments to maintain them proper and timely and paid in full via bank account.

4. Defendants lack proper and timely payroll payment has caused vehicle payment to be late and late fees and charges accessed for both vehicle payments.

5. Defendants lack proper and timely payroll payment has caused my Sons college payment to be unpaid and his next Semester of College at Scottsdale Community College be delayed, causing him distress as this placed him and his timeline to graduation be delayed.

Lolita Harrison
9428 E Sutton Drive
Scottsdale, Arizona 85260
Telephone: 480-253-1974
Pro Se Plaintiff

6. Defendants lack proper and timely payroll payment has caused utility payments from APL, and Cox to be delayed due to bounced ACH check payments and late fees imposed and cancellation of services to the Plaintiff.

7. Defendants lack of proper and timely payroll payment has caused rent payment to be late and 5 day Notices to be placed on the Plaintiff 2 times with late fees and charged placed on the Plaintiff.

8. Defendant lack of proper and timely payroll payment due the Plaintiff has caused Judgments to be placed or the threat thereof from individuals who have assisted Plaintiff as a direct result of Defendants lack.

9. Defendants lack of proper and timely payroll payment due to Plaintiff has caused Hundreds of dollars in bank fees, returned check fees and Overdraft fees to the Plaintiff and a Closed bank account.

10. Plaintiff is seeking payment as Penalty per law of three (3) times as much as owed for Debts incurred due to Defendants lack of proper and timely payroll amounts due Plaintiff on the specific days noted to bi-weekly payroll.

11. Plaintiff is seeking payment for all filing and legal fees incurred from the filing of this Complaint from the Defendant.

**Compensatory and Punitive Damage**

12. Plaintiff is seeking Compensatory damages in the amount of $250,000.00 and Punitive Damages in the amount of $250,000.00 from the Defendant for continued undue severe mental anguish, suffering, inconvenience, emotional pain and distress, headaches, sleepless nights, pecuniary and other long standing financial issues to the Plaintiff and her Son. See: *Smith, 461USC at 56. In Valley Development Co. v. Weeks, 363P.2d.730, "...where, however,*

Lolita Harrison
9428 E Sutton Drive
Scottsdale, Arizona 85260
Telephone: 480-253-1974
Pro Se Plaintiff

*the act occasioning the injury was inspired by fraud, malice, or like motive, mental suffering is often held to be a proper element of damage".*

## Injunctive Relief

13. Plaintiff is additionally seeking Injunctive Relief against the Defendant on the committed acts and issue an injunction ordering the Defendants to stop engaging in such unconstitutional and unlawful acts, and to develop policies and procedures for preventing the reoccurrence of any such unconstitutional and unlawful acts, including but not limited to the following:

    a. Require the Defendants to adopt policies with specific guidelines for instructing the individual employee and administrators handling its Payroll about how to address complaints by employees who have been affected by this issue.

    b. Require Defendant to provide annual trainings to individual employees, staff and administrators handling its Payroll on their legal obligation to ensure accurate and timely payroll to its employees as to have this issue occur not at all or on a more decreased level of frequency.

    c. Require the Defendant to maintain complete and accurate written records concerning each complaint, person processing that individual's payroll, department employee works in, age, race and gender, as well as the specific outcome of the complaint.

    d. Plaintiff is requesting additional relief against Defendant to any termination of employment in retaliation of filing this complaint.

Lolita Harrison
9428 E Sutton Drive
Scottsdale, Arizona 85260
Telephone: 480-253-1974
Pro Se Plaintiff

The State law, ARS Title 23, Article 7, 23-353 and Federal Law clearly states the Defendant has committed an egregious and malicious illegal act by not paying its employee wages earned in a timely manner. Additionally, Defendant has committed Fraud and lack any good faith effort to resolution by ignoring employees request to resolve and pay for debts incurred to the employee to this act.

WHEREFORE, Plaintiff prays for a judgment in her favor and to the Court to grant an Order of judgment the Complaint on Debts Owed and Compensatory and Punitive Damages and Injunctive Relief.

RESPECTFULLY SUBMITTED this day of March, 2018.

Lolita Harrison, Plaintiff

Lolita Harrison
9428 E Sutton Drive
Scottsdale, AZ 852650
Telephone: 480-253-1974

## CERTIFICATE OF SERVICE

**ORIGINAL** of the foregoing has been filed with the Clerk of the Superior Court
and
**COPY** of the foregoing
mailed to the Defendant by U. S. Post Mail Certified
in proper Service this day of March, 2018 to:

Honeywell International
Legal, Compliance & Ethics
Aerospace Legal
4th Floor – Building 2102
1944 E. Sky Harbor Boulevard N.
Phoenix, Arizona 85034
*Defendant*

Lolita Harrison
9428 E Sutton Drive
Scottsdale, Arizona 85260
Telephone: 480-253-1974
Pro Se Plaintiff

# EXHIBIT A

 **bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5098     TRN                        X     ST01

**Uni-Statement**
Account Number:
_____ 6209
Statement Period:
Apr 15, 2017
through
May 12, 2017

Page 1 of 4

000009566 01 AB 0.403 106481033004025 P Y
_____ HARRISON
9426 E SUTTON DR
SCOTTSDALE AZ 85260-4366

   **To Contact U.S. Bank**

**By Phone:**                        1-800-US BANKS
                                     (1-800-872-2657)

**Telecommunications Device
for the Deaf:**                      1-800-685-5065
**Internet:**                        usbank.com

---

### INFORMATION YOU SHOULD KNOW

Important changes are coming to your Online and Mobile Financial Services Agreement. Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

---

### STUDENT CHECKING                                         Member FDIC

U.S. Bank National Association                    Account Number _____ 6209

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Apr 15 | $ | 66.86 |
| Deposits / Credits | | 2,500.25 |
| Card Withdrawals | | 1,616.02- |
| Other Withdrawals | | 873.29- |
| **Ending Balance on May 12, 2017** | **$** | **77.80** |

Number of Days in Statement Period     28

---

**Deposits / Credits**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 21 | Electronic Deposit | From Roth Staffing Co | | $ | 727.26 |
| | REF=171100130280610N00 | PAYROLL 1330633164 | | | |
| Apr 25 | ATM Deposit | US BANK SCQTTSDA SCOTTSDALE AZ | | | 850.00 |
| | | Serial No. 008765183935SUS4U636 | | | |
| Apr 28 | Electronic Deposit | From Roth Staffing Co | | | 184.70 |
| | REF=171170083548420N00 | PAYROLL 1330633164 | | | |
| May 2 | Returned Withdrawal | Electronic | | | 573.29 |
| May 12 | Mobile Banking Transfer | From Account ____4968 | | | 20.00 |
| May 12 | Mobile Banking Transfer | From Account ____4968 | | | 25.00 |
| May 12 | Mobile Banking Transfer | From Account ____4968 | | | 30.00 |
| May 12 | Internet Banking Transfer | From Account ____4968 | | | 90.00 |
| | | **Total Deposits / Credits** | | **$** | **2,500.25** |

---

**Card Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 28 | Fee | ATM Withdrawal At Other Network | 2800002462 | $ | 2.50- |
| May 1 | Fee | ATM Withdrawal At Other Network | 0100004186 | | 2.50- |
| May 1 | Fee | ATM Withdrawal At Other Network | 0100004187 | | 2.50- |

Card Number: xxxx-xxxx-xxxx-6558

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 17 | Debit Purchase - VISA | On 041317 SCOTTSDALE AZ | 4200288204 | $ | 1.40- |
| | CHIPOTLE 0357 | REF # 2443106710420028820 4224 | | | |
| Apr 17 | Debit Purchase - VISA | On 041617 SCOTTSDALE AZ | 7000342223 | | 5.39- |
| | CVS/PHARMACY #09 | REF # 2444500710700034222 3807 | | | |
| Apr 17 | Debit Purchase - VISA | On 041617 SCOTTSDALE AZ | 6720018371 | | 8.61- |
| | #00197 ALBERTSON | REF # 2442733710672001837 1523 | | | |
| Apr 17 | Debit Purchase - VISA | On 041317 SCOTTSDALE AZ | 4200288204 | | 9.12- |
| | CHIPOTLE 0357 | REF # 2443106710420028820 4216 | | | |
| Apr 17 | Debit Purchase - VISA | On 041417 SCOTTSDALE AZ | 5548278050 | | 10.00- |
| | SHELL OIL 100157 | REF # 2431605710554827805 0126 | | | |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

• **Account Information:** Your name and account number.
• **Dollar Amount:** The dollar amount of the suspected error.
• **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your Balance Subject to Interest Rate, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your Balance Subject to Interest Rate. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC

 **U.S.bank.**   ████ HARRISON
9428 E SUTTON DR
SCOTTSDALE AZ  85260-4366

**Uni-Statement**
Account Number:
████████209

Statement Period:
Apr 15, 2017
through
May 12, 2017

Page 2 of 4



## STUDENT CHECKING (CONTINUED)

U.S. Bank National Association                                   Account Number ████ 6209

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-6558

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 17 | Debit Purchase - VISA Netflix.com | On 041417 netflix.com CA REF # 2490641710403827491 US1 | 4038274911 | 10.78- |
| Apr 17 | ATM Withdrawal | USB PHOENIX METR PHOENIX AZ Serial No. 006790132455SUS4U638 | | 20.00- |
| Apr 18 | Debit Purchase - VISA STARBUCKS STORE | On 041617 SCOTTSDALE AZ REF # 2469216710700793866726 | 7000793866 | 6.26- |
| Apr 18 | Debit Purchase - VISA SHELL OIL 100157 | On 041617 SCOTTSDALE AZ REF # 2431605710754825303932 | 7548253039 | 10.25- |
| Apr 21 | ATM Withdrawal | 11355 E VIA LIND SCOTTSDALE AZ Serial No. 848090181006PLUSTERM | | 43.00- |
| Apr 24 | Debit Purchase - VISA SQ *PRESS COFFEE | On 042117 Scottsdale AZ REF # 2469216711000507683882 | 1000507683 | 4.05- |
| Apr 24 | Debit Purchase - VISA MICROSOFT *OFF | On 042217 800-642-7676 WA REF # 2443099712400327128 US1 | 2400327128 | 7.55- |
| Apr 24 | Debit Purchase - VISA SAFEWAY STORE 00 | On 042217 SCOTTSDALE AZ REF # 2416407711323201683419 7 | 3232016834 | 13.71- |
| Apr 24 | Debit Purchase - VISA BIKRAM YOGA NORT | On 042217 SCOTTSDALE AZ REF # 2412259711303002306100 4 | 3030023061 | 20.00- |
| Apr 24 | Debit Purchase - VISA SHELL OIL 100157 | On 042117 SCOTTSDALE AZ REF # 2431605711254827604681 2 | 2548276046 | 20.04- |
| Apr 24 | Debit Purchase - VISA CVS/PHARMACY #09 | On 042117 SCOTTSDALE AZ REF # 2444500712000728634596 | 2000728634 | 23.45- |
| Apr 24 | Debit Purchase 919704 | #00197 ALBERTSON SCOTTSDALE AZ On 042417 ILK1TERM REF 711401919704 | 0404240046 | 33.01- |
| Apr 24 | ATM Withdrawal | 808 S PRIEST TEMPE AZ Serial No. 366953161126PLUSTERM | | 43.00- |
| Apr 24 | ATM Withdrawal | 14854 N FRANK LL SCOTTSDALE AZ Serial No. 874889174713PLUSTERM | | 63.00- |
| Apr 25 | Debit Purchase 936270 | SPROUTS FARMERS SCOTTSDALE AZ On 042417 ILK1TERM REF 711418936270 | 7004241743 | 19.35- |
| Apr 25 | Debit Purchase - VISA SHELL OIL 100063 | On 042317 SCOTTSDALE AZ REF # 2431605711454821704423 9 | 4548217044 | 20.04- |
| Apr 25 | Debit Purchase - VISA COCONUTS FISH CA | On 042317 SCOTTSDALE AZ REF # 2425138711401810247527 6 | 4018102475 | 30.20- |
| Apr 25 | Debit Purchase - VISA *Premium Payment | On 042417 800-272-2216 CT REF # 2469216711400027475075 4 | 4000274750 | 74.04- |
| Apr 26 | Debit Purchase - VISA SQ *LE MACARON F | On 042517 Scottsdale AZ REF # 2469216711500089128227 1 | 5000891282 | 5.18- |
| Apr 26 | Debit Purchase - VISA FEDEXOFFICE 00 | On 042517 SCOTTSDALE AZ REF # 2416407711506900252149 | 5069600252 | 9.24- |
| Apr 26 | Debit Purchase - VISA SHELL OIL 100157 | On 042417 SCOTTSDALE AZ REF # 2431605711548264014506 | 5548264014 | 9.50- |
| Apr 26 | Debit Purchase - VISA #00197 ALBERTSON | On 042517 SCOTTSDALE AZ REF # 2442733711572002369386 0 | 5720023693 | 21.09- |
| Apr 27 | Debit Purchase - VISA CHEVRON 0206890 | On 042717 SCOTTSDALE AZ REF # 2469216711700082020040 0 | 7000820200 | 3.54- |
| Apr 27 | Debit Purchase - VISA MCDONALD'S F2028 | On 042617 SCOTTSDALE AZ REF # 2442733711672007011684 8 | 6720070116 | 5.80- |
| Apr 27 | Debit Purchase - VISA 0475 FOREVER 21 | On 042517 SCOTTSDALE AZ REF # 2423168711687213947328 2 | 6872139473 | 30.01- |
| Apr 27 | Debit Purchase - VISA 0051 ORANGETHEOR | On 042517 SCOTTSDALE AZ REF # 2427539711601066168173 2 | 6010661681 | 159.00- |
| Apr 27 | Debit Purchase - VISA HONOR FINANACE L | On 042517 847-733-0300 IL REF # 2432300711620627600548 4 | 6206276005 | 205.00- |

 **U.S. bank.**

HARRISON
9428 E SUTTON DR
SCOTTSDALE AZ 85260-4366

**Uni-Statement**
Account Number:
6209

Statement Period:
Apr 15, 2017
through
May 12, 2017

Page 3 of 4

## STUDENT CHECKING (CONTINUED)

U.S. Bank National Association                                                                    Account Number 6209

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-6558

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|-----------|--------|
| Apr 28 | Debit Purchase - VISA CHIPOTLE 0045 | On 042617 SCOTTSDALE AZ REF # 24431067117286488901532 | 7286488901 | 9.12- |
| Apr 28 | Debit Purchase - VISA SHELL OIL 100157 | On 042617 SCOTTSDALE AZ REF # 24316057117548262034330 | 7548262034 | 12.33- |
| Apr 28 | Debit Purchase - VISA DESERT STORAGE | On 042617 SCOTTSDALE AZ REF # 24632697117500533208136 | 7500533208 | 64.50- |
| Apr 28 | ATM Withdrawal | *RAINTREE/LOOP 1 SCOTTSDALE AZ Serial No. 893388100852PLUSTERM | | 103.00- |
| May 1 | Debit Purchase - VISA STARBUCKS STORE | On 042717 SCOTTSDALE AZ REF # 24692167118000579871673 | 8000579871 | 4.05- |
| May 1 | Debit Purchase - VISA MCDONALD'S F2028 | On 042917 SCOTTSDALE AZ REF # 24427337119720070632213 | 9720070632 | 4.51- |
| May 1 | Debit Purchase - VISA STARBUCKS STORE | On 042817 SCOTTSDALE AZ REF # 24692167119000268005517 | 9000268005 | 9.39- |
| May 1 | Debit Purchase - VISA AJ'S #118 | On 042717 SCOTTSDALE AZ REF # 24231687118837003671251 | 8837003671 | 10.17- |
| May 1 | Debit Purchase - VISA SHELL OIL 100157 | On 042717 SCOTTSDALE AZ REF # 24316057118548268057623 | 8548268057 | 15.01- |
| May 1 | Debit Purchase - VISA SALLY BEAUTY #31 | On 042817 SCOTTSDALE AZ REF # 24445007119500507346851 | 9500507346 | 16.66- |
| May 1 | Debit Purchase - VISA SAFEWAY STORE 00 | On 042917 SCOTTSDALE AZ REF # 24164077120232016843769 | 0232016843 | 19.17- |
| May 1 | ATM Withdrawal | 14854 N FRANK LL SCOTTSDALE AZ Serial No. 897421094030PLUSTERM | | 63.00- |
| May 1 | ATM Withdrawal | MCDOWELL\MNT SCOTTSDALE AZ Serial No. 843387205006PLUSTERM | | 63.00- |
| May 1 | Debit Purchase - VISA DESERT STORAGE | On 042717 SCOTTSDALE AZ REF # 24632697118500540749063 | 8500540749 | 89.00- |
| May 1 | Debit Purchase - VISA 0051 ORANGETHEOR | On 042717 SCOTTSDALE AZ REF # 24275397118010674822263 | 8010674822 | 159.00- |
| May 2 | Debit Purchase - VISA SHELL OIL 100157 | On 043017 SCOTTSDALE AZ REF # 24316057121548258048694 | 1548258048 | 22.00- |

| | | | | |
|--|--|--|--|--|
| | | Card 6558 Withdrawals Subtotal | $ | 1,608.52- |
| | | Total Card Withdrawals | $ | 1,616.02- |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|-----------|--------|
| Apr 24 | Mobile Banking Transfer | To Account 968 | | $ 146.00- |
| Apr 28 | Mobile Banking Transfer | To Account 968 | | 86.00- |
| May 1 | Electronic Withdrawal REF=171210101158190N00 | To ORCC Service Fee 5639650001ServiceFee000000819348227 | | 5.00- |
| May 1 | Electronic Withdrawal REF=171210101158210N00 | To Westlake Fin 323 5639650001WestlkCSR 000000819348229 | | 573.29- |
| May 2 | Overdraft Returned Fee | | | 36.00- |
| May 8 | Extended Overdraft Fee | | 0800004006 | 25.00- |
| May 12 | Paper Statement Fee | | 1200006358 | 2.00- |

| | | | | |
|--|--|--|--|--|
| | | Total Other Withdrawals | $ | 873.29- |

 

**US bank.**

HARRISON
9428 E SUTTON DR
SCOTTSDALE AZ 85260-4366

**Uni-Statement**

Account Number:
■■■■6209

Statement Period:
Apr 15, 2017
through
May 12, 2017

Page 4 of 4



## STUDENT CHECKING                                    (CONTINUED)
U.S. Bank National Association                      Account Number ■■■6209

|  | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $         36.00 | $         36.00 |
| Total Overdraft Fees | $         25.00 | $         25.00 |
| TOTAL | $         61.00 | $         61.00 |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 17 | 1.56 | Apr 25 | 1,001.87 | May 1 | 575.49- |
| Apr 18 | 14.95- | Apr 26 | 956.86 | May 2 | 60.20- |
| Apr 21 | 669.31 | Apr 27 | 553.51 | May 8 | 85.20- |
| Apr 24 | 295.50 | Apr 28 | 460.76 | May 12 | 77.80 |

Balances only appear for days reflecting change.



This page intentionally left blank



**usbank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5098      TRN              X     ST01

**Uni-Statement**
Account Number:
●●●●●●6209
Statement Period:
May 13, 2017
through
Jun 14, 2017

Page 1 of 5



IllıllıIllıIlllıIlllılllllIllılıllıllılllılllılllıIllı
00000265901 AB 0.403 10648107862865 P Y
████ HARRISON
9428 E SUTTON DR
SCOTTSDALE AZ 85260-4366

☎                                    **To Contact U.S. Bank**
**By Phone:**              1-800-US BANKS
                                   (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                       usbank.com

## INFORMATION YOU SHOULD KNOW

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

**Effective August 14th 2017 the following sections will be updated in the "Consumer Pricing Information" brochure:**

- **Foreign Checks/Currency Fees** - Clarifying explanation of potential fees and the review/processing of checks deposited in foreign currency on foreign banks, to read as follows:

  Checks Deposited in Foreign Currency on Foreign Banks: All checks subject to review. If item must be processed on a collection basis, U.S. Bank will disclose additional fees prior to assessing. See Foreign Check Collection section for potential fees.

- **Foreign Check Collection (incoming/outgoing)** - Clarifying explanation by adding the following:

  Additional fees assessed by Foreign Banks will be deducted from the check proceeds. Exchange rate adjustments will apply on each item at the time of processing.

- **Checking Package Options - Gold Checking:** Clarifying disclosure pertaining to waiving the monthly maintenance fee with an open U.S. Bank personal loan, line or credit card noted as footnote 5 to read as follows:

  Qualifying accounts include U.S. Bank Premier Line, home mortgages, home equity loans and lines of credit, personal purpose loans and activated credit cards. (U.S. Bank Reserve Line of Credit and student loans are excluded). Mortgage and credit products are subject to eligibility requirements and normal credit approval and may be subject to additional charges such as annual fees. Please refer to the credit agreement for full details.

As of August 14th 2017 you may pick up a copy of the updated "Consumer Pricing Information" brochure at your local branch, view a copy at usbank.com or call 1-800-USBANKS (1-800-872-2657) to request a copy.

## STUDENT CHECKING

U.S. Bank National Association

Account Number ████6209                     *Member FDIC*

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on May 13 | $ | 77.80 | Number of Days in Statement Period | 33 |
| Deposits / Credits | | 3,986.45 | | |
| Card Withdrawals | | 3,110.08 - | | |
| Other Withdrawals | | 2,206.84 - | | |
| **Ending Balance on Jun 14, 2017** | $ | 1,252.67 - | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 15 | Mobile Banking Transfer | From Account ████968 | $ | 20.00 |
| May 15 | Mobile Banking Transfer | From Account ████968 | | 21.00 |
| May 15 | Mobile Banking Transfer | From Account ████968 | | 75.00 |
| May 15 | Internet Banking Transfer | From Account ████968 | | 80.00 |
| May 16 | Mobile Banking Transfer | From Account ████968 | | 20.00 |
| May 16 | Mobile Banking Transfer | From Account ████968 | | 30.00 |
| May 18 | Mobile Banking Transfer | From Account ████968 | | 20.00 |
| May 18 | Mobile Banking Transfer | From Account ████968 | | 30.00 |
| May 19 | Mobile Banking Transfer | From Account ████4968 | | 20.00 |
| May 19 | Mobile Banking Transfer | From Account ████4968 | | 30.00 |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your Balance Subject to Interest Rate, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. Then divide the result by the number of billing days in the cycle. This is your Balance Subject to Interest Rate. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC

 **bank.** ████HARRISON
9428 E SUTTON DR
SCOTTSDALE AZ  85260-4366

**Uni-Statement**
Account Number:
████6209

Statement Period:
May 13, 2017
through
Jun 14, 2017



Page 2 of 5

## STUDENT CHECKING                                                              (CONTINUED)

U.S. Bank National Association                                     Account Number ████6209

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| May 22 | Mobile Banking Transfer | From Account 1████4968 | | 30.00 |
| May 25 | Mobile RDC Deposit | | 8952674425 | 112.45 |
| May 26 | Mobile Banking Transfer | From Account ████4968 | | 100.00 |
| May 26 | Mobile Banking Transfer | From Account ████4968 | | 573.00 |
| May 26 | Mobile Banking Transfer | From Account 1████4968 | | 2,000.00 |
| May 30 | Mobile Banking Transfer | From Account ████4968 | | 20.00 |
| May 30 | Mobile Banking Transfer | From Account ████4968 | | 20.00 |
| May 30 | Mobile Banking Transfer | From Account 1████4968 | | 20.00 |
| May 30 | Mobile Banking Transfer | From Account ████4968 | | 70.00 |
| May 30 | Mobile Banking Transfer | From Account ████4968 | | 100.00 |
| May 30 | Mobile Banking Transfer | From Account ████4968 | | 120.00 |
| May 30 | Mobile Banking Transfer | From Account ████4968 | | 125.00 |
| May 30 | Mobile Banking Transfer | From Account 1████4968 | | 130.00 |
| May 30 | Mobile Banking Transfer | From Account ████4968 | | 220.00 |

**Total Deposits / Credits**   $   **3,986.45**

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| May 26 | Fee | ATM Withdrawal At Other Network | 2600002029 | $ 2.50- |
| May 26 | Fee | ATM Withdrawal At Other Network | 2600002030 | 2.50- |
| May 30 | Fee | ATM Withdrawal At Other Network | 3000004707 | 2.50- |

Card Number: xxxx-xxxx-xxxx-6558

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| May 15 | Debit Purchase - VISA HONEYWELL 210311 | On 051217 PHOENIX AZ REF # 2416407713937030116143 | 2937030116 | $ 1.73- |
| May 15 | Debit Purchase - VISA MCDONALD'S F1107 | On 051217 SCOTTSDALE AZ REF # 2442733713371006240040 | 3710066240 | 3.21- |
| May 15 | Debit Purchase - VISA STARBUCKS STORE | On 051317 SCOTTSDALE AZ REF # 24692167134000915571896 | 4000915571 | 5.34- |
| May 15 | Debit Purchase - VISA CHEVRON 0206657 | On 051217 PHOENIX AZ REF # 24692167132000895825686 | 2000895825 | 10.00- |
| May 15 | Debit Purchase - VISA CHEVRON 0206890 | On 051417 SCOTTSDALE AZ REF # 2469216713400066132484 | 4000666132 | 10.00- |
| May 15 | Debit Purchase - VISA SHELL OIL 100146 | On 051217 PHOENIX AZ REF # 2431605713354272013910 | 3548272013 | 10.61- |
| May 15 | Debit Purchase 128201 | #00197 ALBERTSON SCOTTSDALE  AZ On 051417 ILK1TERM REF 713417128201 | 0105141616 | 12.79- |
| May 15 | ATM Withdrawal | 14140 N 100TH PL SCOTTSDALE AZ Serial No. 785005102442PLUSTERM | | 23.00- |
| May 15 | Debit Purchase - VISA TRADER JOE'S #08 | On 051317 SCOTTSDALE AZ REF # 24493987134191000100055 | 4191000100 | 27.46- |
| May 15 | Debit Purchase - VISA VZWRLSS*PREPAID | On 051417 888-294-6804 FL REF # 24692167134000798594122 | 4000798594 | 43.50- |
| May 15 | Debit Purchase 928159 | GRAND MART 3446  PHOENIX   AZ On 051217 MAESTERM REF 928159 | | 46.69- |
| May 15 | Debit Purchase - VISA THOMAS EYECARE G | On 051317 SCOTTSDALE AZ REF # 245593071349000418800106 | 4900018800 | 61.00- |
| May 16 | Debit Purchase - VISA HONEYWELL 210311 | On 051517 PHOENIX AZ REF # 24164077135937030056783 | 5937030056 | 2.58- |
| May 16 | Debit Purchase 714158 | #00197 ALBERTSON SCOTTSDALE  AZ On 051517 ILK1TERM REF 713523714158 | 5805152200 | 4.31- |
| May 16 | Debit Purchase 637263 | CHEVRON/SPEEDSMA PHOENIX    AZ On 051517 ILK1TERM REF 713518637263 | 6305151717 | 15.00- |
| May 17 | Debit Purchase - VISA HONEYWELL 210311 | On 051617 PHOENIX AZ REF # 24164077136937030151641 | 6937030151 | 5.86- |

**bank.**    ⬛HARRISON
9428 E SUTTON DR
SCOTTSDALE AZ  85260-4366

**Uni-Statement**
Account Number:
⬛⬛⬛6209

Statement Period:
May 13, 2017
through
Jun 14, 2017

Page 3 of 5

## STUDENT CHECKING                                          (CONTINUED)

U.S. Bank National Association                              Account Number ⬛⬛6209

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-6558

| Date | Description of Transaction | | Ref Number | Amount |
|------|------|------|------|------|
| May 18 | Debit Purchase - VISA SHELL OIL 100157 | On 051617 SCOTTSDALE AZ REF # 2431605713754826603977B | 7548266039 | 15.50- |
| May 18 | Debit Purchase - VISA DOMINO'S PIZZA 7 | On 051617 SCOTTSDALE AZ REF # 2444500713750040369089T | 7500403690 | 15.63- |
| May 19 | Debit Purchase 240226 | #00197 ALBERTSON SCOTTSDALE AZ On 051917 ILNKILNK REF 713901240226 | 2605190046 | 2.68- |
| May 19 | Debit Purchase - VISA HONEYWELL 210311 | On 051817 PHOENIX AZ REF # 2416407713893703013274B | 8937030132 | 2.70- |
| May 19 | Debit Purchase - VISA ARCO #42468 AMPM | On 051817 SCOTTSDALE AZ REF # 2429910713802690808161 | 8002690808 | 4.45- |
| May 19 | Debit Purchase - VISA CARL'S JR. #7092 | On 051717 PHOENIX AZ REF # 2443105713828600000454 | 8286000000 | 5.19- |
| May 19 | Debit Purchase - VISA STARBUCKS STORE | On 051717 SCOTTSDALE AZ REF # 2469216713800033741393 | 8000337413 | 6.26- |
| May 19 | Debit Purchase - VISA CHEVRON 0206890 | On 051917 SCOTTSDALE AZ REF # 2469216713900081261700 | 9000812617 | 15.01- |
| May 19 | Debit Purchase 817886 | CIRCLE K 02860 3 PHOENIX    AZ On 051917 MAESTERM REF 817886 You Requested $20 In Cash Back | | 24.18- |
| May 22 | Debit Purchase - VISA ARCO #42468 AMPM | On 051817 SCOTTSDALE AZ REF # 2429910713902835903116 | 9002835903 | 6.00- |
| May 22 | Debit Purchase - VISA STARBUCKS STORE | On 052017 SCOTTSDALE AZ REF # 2469216714000239407638 | 1000239407 | 10.47- |
| May 22 | Debit Purchase - VISA NETFLIX.COM | On 052117 NETFLIX.COM CA REF # 2469216714000132544 US1 | 1000132544 | 10.78- |
| May 22 | Debit Purchase - VISA SHELL OIL 100157 | On 052017 SCOTTSDALE AZ REF # 2431605714154827800072T | 1548278000 | 25.10- |
| May 22 | Debit Purchase 495433 | #00197 ALBERTSON SCOTTSDALE AZ On 051917 ILK1TERM REF 713921495433 | 3305192037 | 27.24- |
| May 22 | Debit Purchase - VISA ZIPPS SPORTS GRI | On 051817 SCOTTSDALE AZ REF # 2405523713920028830072B | 9200288300 | 32.22- |
| May 26 | Debit Purchase - VISA MCDONALD'S F2028 | On 052517 SCOTTSDALE AZ REF # 2442733714572007530591Z | 5720075305 | 8.05- |
| May 26 | Debit Purchase 242868 | SPROUTS FARMERS SCOTTSDALE AZ On 052517 ILK1TERM REF 714521242868 | 6805252007 | 12.60- |
| May 26 | ATM Withdrawal | 8999 E SHEA BLVD SCOTTSDALE AZ Serial No. 885940084314PLUSTERM | | 103.00- |
| May 26 | ATM Withdrawal | 15665 N HAYDEN R SCOTTSDALE AZ Serial No. 787803095452PLUSTERM | | 803.00- |
| May 30 | Debit Purchase - VISA LIFE TIME CAFE 1 | On 052817 PHOENIX AZ REF # 2469216714900018371269G | 9000183712 | 3.75- |
| May 30 | Debit Purchase - VISA ARCO #42468 AMPM | On 052817 SCOTTSDALE AZ REF # 2429910714800430970397T | 8004309703 | 5.91- |
| May 30 | Debit Purchase - VISA UBER  US MAY29 | On 052917 HELP.UBER.CO CA REF # 2449215714971902713676T | 9719027136 | 6.46- |
| May 30 | Debit Purchase - VISA UBER  US MAY29 | On 052917 HELP.UBER.CO CA REF # 2449215714971902429916G | 9719024299 | 6.88- |
| May 30 | Debit Purchase - VISA MICROSOFT  *OFF | On 052717 800-642-7676 WA REF # 2443094714709150200T US1 | 7091502007 | 7.55- |
| May 30 | Debit Purchase - VISA UBER TECHNOLOGIE | On 052917 866-576-1039 CA REF # 2469216714900011984158T | 9000119841 | 9.77- |
| May 30 | Debit Purchase - VISA UBER  US MAY29 | On 052917 HELP.UBER.CO CA REF # 2449215714971902316203T | 9719023162 | 9.77- |
| May 30 | Debit Purchase 931628 | BARNESNOBLE 1050 Scottsdale AZ On 052717 ILNKILNK REF 714802931628 | 2805272159 | 12.93- |

 **bank.** ▓▓▓▓ HARRISON
9428 E SUTTON DR
SCOTTSDALE AZ 85260-4366

**Uni-Statement**
Account Number:
▓▓▓▓6209

Statement Period:
May 13, 2017
through
Jun 14, 2017



Page 4 of 5

## STUDENT CHECKING (CONTINUED)

U.S. Bank National Association                                                  Account Number ▓▓▓▓6209

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-6558

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| May 30 | Debit Purchase 520397 | WALGREENS STORE  SCOTTSDALE AZ On 052917 ILNKILNK REF 715002520397 | 9705292109 | 15.10- |
| May 30 | Debit Purchase - VISA GRUBHUBGOLDENHAW | On 052617 GRUBHUB.COM  NY REF # 2449215714671593710 8026 | 6715937108 | 16.90- |
| May 30 | Debit Purchase - VISA BREAKFAST KITCHE | On 052817 SCOTTSDALE AZ REF # 2422443714910200968 3103 | 9102009683 | 23.32- |
| May 30 | Debit Purchase - VISA #00197 ALBERTSON | On 052917 SCOTTSDALE AZ REF # 2442733714972002556 3699 | 9720025563 | 24.22- |
| May 30 | Debit Purchase - VISA CIRCLE K 00127 | On 052717 SCOTTSDALE AZ REF # 2469216714800027585 4225 | 8000275854 | 25.02- |
| May 30 | Debit Purchase 860801 | #00197 ALBERTSON SCOTTSDALE AZ On 052817 ILK1TERM REF 714822860801 | 0105282112 | 33.28- |
| May 30 | Debit Purchase - VISA UBER TECHNOLOGIE | On 052917 866-576-1039 CA REF # 2469216714900011985 8589 | 9000119858 | 46.36- |
| May 30 | ATM Withdrawal | MCDOWELL\MNT SCOTTSDALE AZ Serial No. 716281012518PLUSTERM | | 83.00- |
| May 30 | Debit Purchase - VISA TRADER JOE'S #08 | On 052717 SCOTTSDALE AZ REF # 2449398714819100014 5096 | 8191000145 | 92.84- |
| May 30 | Debit Purchase - VISA 0051 ORANGETHEOR | On 052917 SCOTTSDALE AZ REF # 2427539714901085846 0461 | 9010858460 | 99.00- |
| May 30 | Debit Purchase - VISA SEPHORA 364 | On 052717 SCOTTSDALE AZ REF # 2469216714800051562 9189 | 8000515629 | 114.43- |
| May 30 | ATM Withdrawal | USB SHEA & TATUM PHOENIX AZ Serial No. 009017183720SUS4U700 | | 200.00- |
| May 30 | Debit Purchase - VISA HONOR FINANACE L | On 052617 847-733-0300 IL REF # 2432300714720627600 6568 | 7206276006 | 655.00- |
| May 31 | Debit Purchase - VISA STARBUCKS STORE | On 052917 SCOTTSDALE AZ REF # 2469216715000065163 4337 | 0000651634 | 2.97- |
| May 31 | Debit Purchase - VISA GREAT AMERICAN G | On 052917 SCOTTSDALE AZ REF # 2475542715073150289 3183 | 0731502893 | 16.98- |
| Jun 2 | Debit Purchase - VISA DESERT STORAGE | On 053117 SCOTTSDALE AZ REF # 2463269715250058190 0473 | 2500581900 | 178.00- |

| | | |
|---|---|---|
| Card 6558 Withdrawals Subtotal | $ | 3,102.58- |
| Total Card Withdrawals | $ | 3,110.08- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| May 23 | Overdraft Paid Fee | | 1000132544 | $ | 36.00- |
| May 25 | DepositPoint Deposit | Fee Charged | 2500001355 | | 0.50- |
| May 26 | ATM Fee | Balance Inquiry At Other Network | 2600000001 | | 2.50- |
| May 26 | Mobile Banking Transfer | To Account ▓▓▓▓968 | | | 525.00- |
| May 26 | Mobile Banking Transfer | To Account ▓▓▓▓968 | | | 580.00- |
| May 30 | ATM Fee | Balance Inquiry At Other Network | 3000000001 | | 2.50- |
| May 30 | Electronic Withdrawal REF=1715001104676580N00 | To ORCC Service Fee 5639650001ServiceFee000000828698642 | | | 5.00- |
| May 30 | Electronic Withdrawal REF=1715001104676620N00 | To Westlake Fin 323 5639650001WestlkCSR 000000828698644 | | | 573.29- |
| May 31 | Overdraft Paid Fee | | | | 36.00- |
| May 31 | Electronic Withdrawal REF=1715010042370200N00 | To OPTIMA-7160PNC 9000263869WEB PMTS  XSSL42 | | | 358.05- |
| Jun 1 | Overdraft Paid Fee | | | | 36.00- |
| Jun 6 | Extended Overdraft Fee | | 0600001731 | | 25.00- |
| Jun 13 | Extended Overdraft Fee | | 1300002037 | | 25.00- |

 

**usbank.**  ████HARRISON
9428 E SUTTON DR
SCOTTSDALE AZ 85260-4366

**Uni-Statement**
Account Number:
████6209

Statement Period:
May 13, 2017
through
Jun 14, 2017

Page 5 of 5

## STUDENT CHECKING                                                                 (CONTINUED)

U.S. Bank National Association                                          Account Num████████6209

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Jun 14 | Paper Statement Fee | 1400005483 | 2.00- |
|  | **Total Other Withdrawals** | **$** | **2,206.84-** |

|  | Total for Statement Period | Total Year to Date |
|--|---------------------------|--------------------|
| Total Returned Item Fees | $ 0.00 | $ 36.00 |
| Total Overdraft Fees | $ 158.00 | $ 183.00 |
| TOTAL | $ 158.00 | $ 219.00 |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| May 15 | 18.47 | May 23 | 68.69- | Jun 1 | 1,022.67- |
| May 16 | 46.58 | May 25 | 43.26 | Jun 2 | 1,200.67- |
| May 17 | 40.72 | May 26 | 677.11 | Jun 6 | 1,225.67- |
| May 18 | 59.59 | May 30 | 572.67- | Jun 13 | 1,250.67- |
| May 19 | 49.12 | May 31 | 986.67- | Jun 14 | 1,252.67- |
| May 22 | 32.69- |  |  |  |  |

Balances only appear for days reflecting change.



P.O. Box 1800
Saint Paul, Minnesota  55101-0800

5098      TRN               X    ST01

**Uni-Statement**

Account Number:
▓▓▓▓ 6209

Statement Period:
Jun 15, 2017
through
Jul 17, 2017

Page 1 of 2

00009305B 01 SP   106481124766522 E
▓▓▓▓ HARRISON
9428 E SUTTON DR
SCOTTSDALE AZ  85260-4366

☎                              **To Contact U.S. Bank**

**By Phone:**                    1-800-US BANKS
                                (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                    usbank.com

## NEWS FOR YOU

Effective July 16, 2017 Deluxe check box quantities will change to the following:

| Check Product Quantity | Old Quantity | New Quantity |
|---|---|---|
| Standard Full Quantity | 120 | 100 |
| *Specialty Gray, Green, Lemon, Mint* | 150 | 125 |
| *Denver Broncos* | 150 | 125 |
| *Intro-Paks* | 50 | 40 |
| *Mini-Paks* | 30 | 25 |
| *Student Checking* | No change | |

If you have questions about your check order please contact U.S. Bank 24-Hour Banking at 800.USBANKS (800.872.2657). We accept relay calls.

## INFORMATION YOU SHOULD KNOW

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

**Effective August 14th 2017 the following sections will be updated in the** *"Consumer Pricing Information"* **brochure:**

- **Foreign Checks/Currency Fees** - Clarifying explanation of potential fees and the review/processing of checks deposited in foreign currency on foreign banks, to read as follows:

  Checks Deposited in Foreign Currency on Foreign Banks:  All checks subject to review.  If item must be processed on a collection basis, U.S. Bank will disclose additional fees prior to assessing.  See Foreign Check Collection section for potential fees.

- **Foreign Check Collection  (incoming/outgoing)** - Clarifying explanation by adding the following:

  Additional fees assessed by Foreign Banks will be deducted from the check proceeds.  Exchange rate adjustments will apply on each item at the time of processing.

- **Checking Package Options - Gold Checking:**  Clarifying disclosure pertaining to waiving the monthly maintenance fee with an open U.S. Bank personal loan, line or credit card noted as footnote 5 to read as follows:

  Qualifying accounts include U.S.  Bank Premier Line, home mortgages, home equity loans and lines of credit, personal purpose loans and activated credit cards.  (U.S. Bank Reserve Line of Credit and student loans are excluded).  Mortgage and credit products are subject to eligibility requirements and normal credit approval and may be subject to additional charges such as annual fees.  Please refer to the credit agreement for full details.

As of August 14th 2017 you may pick up a copy of the updated *"Consumer Pricing Information"* brochure at your local branch, view a copy at usbank.com or call 1-800-USBANKS (1-800-872-2657) to request a copy.



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

| Outstanding Deposits | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| TOTAL | $ |

| Outstanding Withdrawals | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                     $

4. Enter the total deposits recorded in the Outstanding Deposits section.                 $

5. Total lines 3 and 4.                                                                    $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.           $

7. Subtract line 6 from line 5. This is your balance.                                     $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your Balance Subject to Interest Rate, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your Balance Subject to Interest Rate. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



**HARRISON**
9428 E SUTTON DR
SCOTTSDALE AZ  85260-4366

**Uni-Statement**
Account Number:
■■■■■6209

Statement Period:
Jun 15, 2017
through
Jul 17, 2017

Page 2 of 2



## STUDENT CHECKING
U.S. Bank National Association

Member FDIC

Account Number 1■■■■■6209

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jun 15 | $ | 1,252.67 - | Number of Days in Statement Period | 33 |
| Deposits / Credits | | 1,705.17 | | |
| Card Withdrawals | | 18.33 - | | |
| Other Withdrawals | | 463.30 - | | |
| **Ending Balance on  Jul 17, 2017** | $ | **29.13 -** | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 16 | Internet Banking Transfer | From Account ■■■■4968 | | $ | 252.87 |
| Jun 23 | Branch Account Transfer | From Account ■■■■4968 | | | 1,050.00 |
| Jul 13 | Returned Withdrawal | Electronic | | | 402.30 |
| | | **Total Deposits / Credits** | | $ | **1,705.17** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-6558

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 26 | Debit Purchase - VISA | On 062317 800-642-7676 WA | 5091507090 | $ | 7.55 - |
| | MICROSOFT  *OFF | REF # 2443099717509150709 0 US1 | | | |
| Jun 26 | Debit Purchase - VISA | On 062317 NETFLIX.COM  CA | 4100055404 | | 10.78 - |
| | NETFLIX.COM | REF # 2469216717410005540 4 US1 | | | |
| | | **Card 6558  Withdrawals Subtotal** | | $ | **18.33 -** |
| | | **Total Card Withdrawals** | | $ | **18.33 -** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 20 | Extended Overdraft Fee | | 2000005193 | $ | 25.00 - |
| Jul 12 | Electronic Withdrawal | To APS General Fund | | | 402.30 - |
| | REF=171920053394120N00 | 1860011170PAYMENT  8838551000 | | | |
| Jul 13 | Overdraft Returned Fee | | | | 36.00 - |
| | | **Total Other Withdrawals** | | $ | **463.30 -** |

| | Total for Statement Period | | Total Year to Date | |
|---|---|---|---|---|
| Total Returned Item Fees | $ | 36.00 | $ | 72.00 |
| Total Overdraft Fees | $ | 25.00 | $ | 208.00 |
| TOTAL | $ | 61.00 | $ | 280.00 |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jun 16 | 999.80 - | Jun 23 | 25.20 | Jul 12 | 395.43 - |
| Jun 20 | 1,024.80 - | Jun 26 | 6.87 | Jul 13 | 29.13 - |

Balances only appear for days reflecting change.



This page intentionally left blank

# **us bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2601      TRN                              Y      ST01

**Business Statement**

Account Number:

██████4968

Statement Period:
May 1, 2017
through
May 31, 2017

Page 1 of 3



000030191 01 AB 0.403 106481053826793 P Y
██████HARRISON
DBA BETTER HOMES CLEANING SERVICE
9428 E SUTTON DR
SCOTTSDALE AZ 85260-4366

☎                                To Contact U.S. Bank

**24-Hour Business**
**Solutions:**                          1-800-673-3555

**U.S. Bank accepts Relay Calls**
**Internet:**                              usbank.com

## NEWS FOR YOU

U.S. Bank has teamed up with ADP® to deliver payroll, tax processing plus people management for small businesses and startups. From hiring and handbooks to payroll and compliance, ADP brings unmatched depth and expertise to helping clients build a better workforce.

Act today and earn up to a $400 credit on your full-service payroll processing fees! Talk to a banker to find out more or visit www.usbank.com/adp.

Service is subject to normal credit approval. Eligibility requirements, other conditions and fees may apply. U.S. Bank and its representatives do not provide tax or legal advice. Contact your tax or legal advisor for advice and information concerning your particular situation. U.S. Bank is not affiliated with, is not responsible for and does not guarantee the products, services or performance of ADP or ADIP. Deposit products offered by U.S. Bank National Association. Member FDIC.

## INFORMATION YOU SHOULD KNOW

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## SILVER BUSINESS CHECKING                                        Member FDIC

U.S. Bank National Association

Account Number ██████4968

### Account Summary

|                                | # Items |        |           |
| ------------------------------ | ------- | ------ | --------- |
| Beginning Balance on May 1     |         | $      | 296.95 -  |
| Other Deposits                 | 4       |        | 5,566.35  |
| Card Withdrawals               | 1       |        | 25.01 -   |
| Other Withdrawals              | 35      |        | 4,691.35 -|
| **Ending Balance on May 31, 2017** |    | $      | **553.04**|

### Other Deposits

| Date   | Description of Transaction |                       |                        | Ref Number |   | Amount   |
| ------ | -------------------------- | --------------------- | ---------------------- | ---------- | - | -------- |
| May 12 | Electronic Deposit         | From HONEYWELL INTERN |                        |            | $ | 1,254.50 |
|        | REF=171300068572970N00     | 9791507001PAYROLL     | 6219705H               |            |   |          |
| May 26 | Mobile Banking Transfer    | From Account ████209  |                        |            |   | 525.00   |
| May 26 | Mobile Banking Transfer    | From Account ████209  |                        |            |   | 580.00   |
| May 26 | Electronic Deposit         | From HONEYWELL INTERN |                        |            |   | 3,206.85 |
|        | REF=171440078179950N00     | 9791507001PAYROLL     | 6219705H               |            |   |          |
|        |                            |                       | **Total Other Deposits** |          | $ | **5,566.35** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                              $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.         $_____

5. Total lines 3 and 4.                                                           $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.                            $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9605.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

**What To Do If You Think You Find A Mistake on Your Statement**

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• Account Information: Your name and account number.

• Dollar Amount: The dollar amount of the suspected error.

• Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

Reserve Line Balance Computation Method: To determine your Balance Subject to Interest Rate, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your Balance Subject to Interest Rate. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER



**U.S. bank.**

████████ HARRISON
DBA BETTER HOMES CLEANING SERVICE
9428 E SUTTON DR
SCOTTSDALE AZ  85260-4366

**Business Statement**

Account Number:
████████ 4968

Statement Period:
May 1, 2017
through
May 31, 2017

Page 2 of 3



## SILVER BUSINESS CHECKING                                                (CONTINUED)

U.S. Bank National Association                             Account Number 1-517-0634-4968

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-3051

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|-----------|---|--------|
| May 31 | Debit Purchase - VISA | On 053017 SCOTTSDALE AZ | 1000989225 | $ | 25.01- |
| | CIRCLE K 09167 | REF # 24692167151000989225922 | | | |
| | ***********3051 | | | | |

| | | | | |
|---|---|---|---|---|
| | | Card 3051  Withdrawals Subtotal | $ | 25.01- |
| | | Total Card Withdrawals | $ | 25.01- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|-----------|---|--------|
| May  3 | Extended Overdraft Fee | | 0300000684 | $ | 25.00- |
| May 10 | Extended Overdraft Fee | | 1000000704 | | 25.00- |
| May 10 | Overdraft Returned Fee | | | | 36.00- |
| May 12 | Analysis Service Charge | | 1200000000 | | 5.00- |
| May 12 | Mobile Banking Transfer | To Account ████████6209 | | | 20.00- |
| May 12 | Mobile Banking Transfer | To Account ████████6209 | | | 25.00- |
| May 12 | Mobile Banking Transfer | To Account ████████6209 | | | 30.00- |
| May 12 | Internet Banking Transfer | To Account ████████6209 | | | 90.00- |
| May 15 | Mobile Banking Transfer | To Account ████████6209 | | | 20.00- |
| May 15 | Mobile Banking Transfer | To Account ████████6209 | | | 21.00- |
| May 15 | Mobile Banking Transfer | To Account ████████6209 | | | 75.00- |
| May 15 | Mobile Banking Transfer | To Account ████████6209 | | | 80.00- |
| May 15 | Internet Banking Transfer | From STATE FARM RO 27 | | | 205.35- |
| May 15 | Electronic Withdrawal | REF=1713201252192 70N00     9000307001RETRY PYMT24 S 1240978124 | | | |
| May 16 | Mobile Banking Transfer | To Account ████████6209 | | | 20.00- |
| May 16 | Mobile Banking Transfer | To Account ████████6209 | | | 30.00- |
| May 16 | Mobile Banking Transfer | To Account ████████6209 | | | 20.00- |
| May 18 | Mobile Banking Transfer | To Account ████████6209 | | | 30.00- |
| May 19 | Mobile Banking Transfer | To Account ████████6209 | | | 20.00- |
| May 19 | Mobile Banking Transfer | To Account ████████6209 | | | 30.00- |
| May 22 | Mobile Banking Transfer | To Account ████████6209 | | | 120.00- |
| May 22 | Customer Withdrawal | | 8150047152 | | 200.00- |
| May 25 | Electronic Withdrawal | To COX COMM PHX | | | |
| | REF=1714401024179 60N00     18601983718ANK DRAFT436130748925001 | | | | 36.00- |
| May 26 | Overdraft Paid Fee | | | | 100.00- |
| May 26 | Mobile Banking Transfer | To Account ████████6209 | | | 100.00- |
| May 26 | Mobile Banking Transfer | To Account ████████6209 | | | 573.00- |
| May 26 | Mobile Banking Transfer | To Account ████████6209 | | | 2,000.00- |
| May 30 | Mobile Banking Transfer | To Account ████████6209 | | | 20.00- |
| May 30 | Mobile Banking Transfer | To Account ████████6209 | | | 20.00- |
| May 30 | Mobile Banking Transfer | To Account ████████6209 | | | 20.00- |
| May 30 | Mobile Banking Transfer | To Account ████████6209 | | | 70.00- |
| May 30 | Mobile Banking Transfer | To Account ████████6209 | | | 100.00- |
| May 30 | Mobile Banking Transfer | To Account ████████6209 | | | 120.00- |
| May 30 | Mobile Banking Transfer | To Account ████████6209 | | | 125.00- |
| May 30 | Mobile Banking Transfer | To Account ████████6209 | | | 130.00- |
| May 30 | Mobile Banking Transfer | To Account ████████6209 | | | 220.00- |
| May 30 | Mobile Banking Transfer | To Account ████████6209 | | | |

| | | | | |
|---|---|---|---|---|
| | | Total Other Withdrawals | $ | 4,691.35- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| May  3 | 321.95- | May 15 | 300.20 | May 19 | 150.20 |
| May 10 | 382.95- | May 16 | 250.20 | May 22 | 0.20 |
| May 12 | 701.55 | May 18 | 200.20 | May 25 | 199.80- |





**US bank.**

████ HARRISON
DBA BETTER HOMES CLEANING SERVICE
9428 E SUTTON DR
SCOTTSDALE AZ  85260-4366

**Business Statement**
Account Number:
████4968

Statement Period:
May 1, 2017
through
May 31, 2017

Page 3 of 3

## SILVER BUSINESS CHECKING                                    (CONTINUED)
U.S. Bank National Association                     Account Number ████4968

**Balance Summary (continued)**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| May 26 | 1,403.05 | May 30 | 578.05 | May 31 | 553.04 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: April 2017

| | | | |
|---|---|---|---|
| Account Number: | ████4968 | $ | 5.00 |
| Analysis Service Charge assessed to | ████4968 | $ | 5.00 |

**Service Activity Detail for Account Number ████4968**

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|----------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 4 | | No Charge |
| Paper Statement Fee | 1 | 5.00000 | 5.00 |
| Charge For Neg Coll Balance | 152.83 | | No Charge |
| Subtotal: Depository Services | | | 5.00 |
| Fee Based Service Charges for Account Number ████4968 | | $ | 5.00 |

# ⎍**⑂bank**.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2601      TRN                  Y    ST01

**Business Statement**

Account Number:
████1968

Statement Period:
Jun 1, 2017
through
Jun 30, 2017

Page 1 of 6

‖|‖|‖‖|‖‖|‖‖‖‖‖|‖‖‖‖|‖‖‖‖‖|‖‖|‖‖|‖
000000201 01  SP    106481098676541 P
████ HARRISON
DBA BETTER HOMES CLEANING SERVICE
9428 E SUTTON DR
SCOTTSDALE AZ  85260-4366



☎                              *To Contact U.S. Bank*

*24-Hour Business*
*Solutions:*                            *1-800-673-3555*

*U.S. Bank accepts Relay Calls*
*Internet:*                              *usbank.com*

## INFORMATION YOU SHOULD KNOW

**Important changes are coming to your Online and Mobile Financial Services Agreement.** Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## SILVER BUSINESS CHECKING

U.S. Bank National Association

*Member FDIC*

Account Number ████1968

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jun 1 | | $ | 553.04 |
| Other Deposits | 3 | | 8,100.89 |
| Card Deposits | 1 | | 200.00 |
| Card Withdrawals | 57 | | 1,927.93 - |
| Other Withdrawals | 30 | | 6,976.01 - |
| **Ending Balance on  Jun 30, 2017** | | **$** | **50.01 -** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun  9 | Electronic Deposit | From HONEYWELL INTERN | | $ | 1,519.71 |
| | REF=171580050121830N00 | 9791507001PAYROLL | 6219705H | | |
| Jun 15 | Electronic Deposit | From HONEYWELL INTERN | | | 1,687.16 |
| | REF=171660098920340N00 | 9791507001PAYROLL | 6219705H | | |
| Jun 23 | Electronic Deposit | From HONEYWELL INTERN | | | 4,894.02 |
| | REF=171720042387610N00 | 9791507001PAYROLL | 6219705H | | |
| | | | **Total Other Deposits** | **$** | **8,100.89** |

### Card Deposits

Card Number: xxxx-xxxx-xxxx-3051

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun 26 | ATM Deposit | US BANK SCOTTSDA SCOTTSDALE AZ | | $ | 200.00 |
| | | Serial No. 004477191839SUS4U636 | | | |
| | | **Card xxxx-xxxx-xxxx-3051  Deposit Subtotal** | | **$** | **200.00** |
| | | **Total Card Deposits** | | **$** | **200.00** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-3051

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jun  1 | Debit Purchase - VISA | On 053117 SCOTTSDALE AZ | 1000269399 | $ | 4.05 - |
| | STARBUCKS STORE | REF # 2469216715100026939678 | | | |
| | ***********3051 | | | | |
| Jun  1 | Debit Purchase - VISA | On 053117 SCOTTSDALE AZ | 1720070676 | | 6.31 - |
| | MCDONALD'S F2028 | REF # 2442733715172007067808 | | | |
| | ***********3051 | | | | |
| Jun  1 | Debit Purchase - VISA | On 053117 GRUBHUB.COM NY | 1715082611 | | 26.27 - |
| | GRUBHUBYOGISGRIL | REF # 2449215715171508261157 | | | |
| | ***********3051 | | | | |

```
PCL XL error

        Subsystem:  GEDI

        Error:      ColorFail

        Operator:   ReadImage

        Position:   1215
```

Person Filing: Lolita Harrison
Address (if not protected): 9428 E Sutton Drive
City, State, Zip Code: Scottsdale, AZ 85260
Telephone: 480-253-1974
Email Address: Lolaharrison223@yahoo.com
Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

COPY

MAR 5 2018
FOR CLERK'S USE ONLY
MICHAEL K. JEANES, CLERK
W. STEVENS
DEPUTY CLERK

COURT SEAL

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Lolita Harrison

PLAINTIFF,

vs.

Honeywell International

DEFENDANT.

Case Number: CV2018-051491

## CERTIFICATE OF COMPULSORY ARBITRATION

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **does / does not** exceed limits set by Local Rule for compulsory arbitration.  This case **is / is not** subject to compulsory arbitration as provided in Rules 72 through 77 of the Rules of Civil Procedure.

SUBMITTED this 5th day of March, 20 18.

BY

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association





MAR 5 2018

MICHAEL K. JEANES, CLERK
W. STEVENS
DEPUTY CLERK

Name of Person Filing: _Lalita Harrison_
Your Address: _9928 E Sutton_
Your City, State, Zip Code: _Scottsdale, AZ 85260_
Your Telephone Number: _480-253-1959_
Attorney Bar Number (if applicable): _____
Representing ☒ Self (Without an Attorney) or ☐ Plaintiff or ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

_Lalita Harrison_
**Name of Plaintiff**

Case No.: _____

_Honeywell International_
**Name of Defendant**

**SUMMONS**

CV2018-051491

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO** _Honeywell International_
**Name of Defendant**

1.  A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 W. Tierra Buena Lane, Surprise, Arizona 85374.  Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Plaintiff/Attorney listed at the address at the top of this paper, or from the Clerk of the Superior Court's Customer Service Center at 601 W. Jackson, Phoenix, Arizona 85003 or at 222.E. Javelina Drive, Mesa, Arizona 85210.

Form #210  LRD 03/23/2004  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

SIGNED AND SEALED this date

COPY

MAR  5 2018

MICHAEL K. JEANES, CLERK OF COURT

MICHAEL K. JEANES,
W. SIMMONS
DEPUTY CLERK

By_____
    **Deputy Clerk**

Form #210  LRD 03/23/2004  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

SUM



# CSC

## Notice of Service of Process

null / ALL
Transmittal Number: 17874880
Date Processed: 03/12/2018

| Primary Contact: | Meg Johnson-Law Dept- Ab-2<br>Honeywell International Inc.<br>115 Tabor Road<br>Morris Plains, NJ 07950 |
|---|---|

| Entity: | Honeywell International Inc.<br>Entity ID Number  2034040 |
|---|---|
| Entity Served: | Honeywell International |
| Title of Action: | Lolita Harrison vs. Honeywell International |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Labor / Employment |
| Court/Agency: | Maricopa County Superior Court, Arizona |
| Case/Reference No: | CV2018-051491 |
| Jurisdiction Served: | Arizona |
| Date Served on CSC: | 03/09/2018 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Lolita Harrison<br>480-253-1974 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

# EXHIBIT B

## DECLARATION OF LORI COLLINS

I, Lori Collins, hereby declare and state as follows:

1.     I am over the age of eighteen and am competent to testify as to all the matters set forth herein and would so testify if called upon to do so.

2.     I have personal knowledge of the matters set forth herein, except as stated upon information and belief.  My personal knowledge is based upon my observations and personal participation in the events described below.

3.     I currently hold the position of Payroll Supervisor for Honeywell International Inc. ("Honeywell") in Phoenix, Arizona.

4.     Honeywell, at the time this action was commenced, was and still is a corporation organized under the laws of the State of Delaware.

5.     Honeywell maintains its corporate headquarters and principal place of business in Morris Plains, New Jersey.  Upon information and belief, Honeywell's headquarters serves as the location where the Company performs the vast majority of its executive and administrative functions.

6.     Honeywell's payroll records for Lolita Harrison reflect that she has resided in Scottsdale, Arizona since her hire in May 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of March 2018 in Phoenix, Arizona.

Lori Collins

33510770.1

# EXHIBIT C

1  Leah S. Freed, SBN 021332
2  Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
   2415 East Camelback Road, Suite 800
3  Phoenix, Arizona 85016
   Telephone:  (602) 778-3700
4  Fax:  (602) 778-3750
5  Leah.Freed@OgletreeDeakins.com

6  Attorneys for Defendant Honeywell International Inc.

7

8              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9                  IN AND FOR THE COUNTY OF MARICOPA

10 | LOLITA HARRISON,                    | No. CV2018-051491
11 |                    Plaintiff,       | **NOTICE OF REMOVAL OF ACTION**
12 |         vs.                         | (Assigned to the Honorable Teresa Sanders)
13 | HONEYWELL INTERNATIONAL,            |
14 |                    Defendant.       |
15

16 **To the Clerk of the above-entitled Court:**

17         PLEASE TAKE NOTICE that Defendant Honeywell International Inc. (improperly

18 identified as "Honeywell International" in the Complaint) ("Honeywell") has filed a Notice

19 of Removal of this action with the United States District Court for the District of Arizona.

20 A copy of the Notice of Removal filed in the United States District Court is attached hereto

21 as Exhibit A.

22         RESPECTFULLY SUBMITTED this 29th day of March 2018.

23                              OGLETREE, DEAKINS, NASH,
24                              SMOAK & STEWART, P.C.

25                              By: /s/Leah S. Freed
26                                 Leah S. Freed
                                   2415 East Camelback Road, Suite 800
27                                 Phoenix, Arizona 85016
                                   Attorneys for Defendant
28

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

1   **ORIGINAL E-FILED** and **COPY**
2   of the foregoing mailed this 29th
3   day of March to:

4   Lolita Harrison
    9428 East Sutton Drive
5   Scottsdale, Arizona 85260

6

7   /s/Debra A. Irwin
                                                33316923.1

2