1  Leah S. Freed, SBN 021332
2  Ryan T. Mangum, SBN 034344
   Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
3  2415 East Camelback Road, Suite 800
   Phoenix, Arizona 85016
4  Telephone: (602) 778-3700
5  Fax: (602) 778-3750
   Leah.Freed@OgletreeDeakins.com
6  Ryan.Mangum@OgletreeDeakins.com
7
   Attorneys for Defendant Honeywell International Inc.
8
9
                        **UNITED STATES DISTRICT COURT**
10
                              **DISTRICT OF ARIZONA**
11

12 | Lolita Harrison,              | No. 2:18-cv-00990-ESW |
13 |            Plaintiff,         | **DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND COUNTERCLAIM** |
14 |     vs.                       | |
15 | Honeywell International, Inc.,| |
16 |            Defendant.         | |
17

18      Defendant Honeywell International Inc. ("Defendant" or "Honeywell"), responds to
19 Plaintiff Lolita Harrison's Second Amended Complaint ("Complaint") as follows:
20                          **SUMMARY STATEMENT OF FACTS**
21      Defendant admits that Plaintiff purports to assert claims against Defendant for
22 "Negligent Torts, Infliction of emotional Distress tort, Invasion of Privacy Tort, Wrongful
23 Termination" and that Plaintiff alleges Defendant failed to timely pay Plaintiff wages.
24 Defendant denies the remaining allegations in the "Summary Statement of Facts" section
25 of Plaintiff's Complaint.
26                                  **NEGLIGENT TORT**
27      The legal conclusions set forth in the "Negligent Tort" section of Plaintiff's
28 Complaint do not require an answer by Defendant. To the extent an answer is required,

Defendant denies such conclusions. Defendant denies the remaining allegations in the "Negligent Tort" section of Plaintiff's Complaint.

### INFLICTION OF EMOTIONAL DISTRESS TORT

The legal conclusions set forth in the "Intentional Infliction of Emotional Distress Tort" section of Plaintiff's Complaint do not require an answer by Defendant. To the extent an answer is required, Defendant denies such conclusions. Defendant denies the remaining allegations in the "Intentional Infliction of Emotional Distress Tort" section of Plaintiff's Complaint.

### INVASION OF PRIVACY TORT

The legal conclusions set forth in the "Invasion of Privacy" section of Plaintiff's Complaint do not require an answer by Defendant. To the extent an answer is required, Defendant denies such conclusions. Defendant denies the remaining allegations in the "Invasion of Privacy" section of Plaintiff's Complaint.

### RES IPSA LIOQUITOR

The legal conclusions set forth in the "Res Ipsa Lioquitor" section of Plaintiff's Complaint do not require an answer by Defendant. To the extent an answer is required, Defendant denies such conclusions. Defendant denies the remaining allegations in the "Res Ipsa Lioquitor" section of Plaintiff's Complaint.

### COUNT ONE – DEBTS OWED

Defendant denies the allegations in Count One of the Complaint.

### COUNT TWO
### FAILURE TO PAY OVERTIME ACCURATELY AND ALL WAGES OWED

Defendant denies the allegations in Count Two of the Complaint.

### COUNT THREE – WRONGFUL TERMINATION

The legal conclusions set forth in Count Three of Plaintiff's Complaint do not require an answer by Defendant. To the extent an answer is required, Defendant denies such conclusions. Defendant denies the remaining allegations in Count Three of the Complaint.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

## COUNT FOUR - DAMAGES

The legal conclusions set forth in Count Four of Plaintiff's Complaint do not require an answer by Defendant. To the extent an answer is required, Defendant denies such conclusions. Defendant admits that Plaintiff seeks damages in her Complaint but denies that Defendant's actions caused Plaintiff damage. Defendant denies the remaining allegations, if any, in Count Four of the Complaint.

## LEGAL ANALYSIS

The legal conclusions set forth in the "Legal Analysis" section of Plaintiff's Complaint do not require an answer by Defendant. To the extent an answer is required, Defendant denies such conclusions.

## GENERAL DENIAL

Defendant denies all allegations and inferences of the Complaint that are not expressly admitted in this Answer, denies acting unlawfully with respect to Plaintiff, and denies causing recoverable damage to Plaintiff, as alleged in the Complaint or at all.

## AFFIRMATIVE AND OTHER DEFENSES

1. Plaintiff's claims are barred, in whole or in part, by her failure to state a claim upon which relief may be granted.

2. Plaintiff is not entitled to recover punitive damages on her claims because any actions taken by Honeywell were at all times taken in good faith and do not constitute intentional or willful violations of the law.

3. Plaintiff's claims for punitive damages are barred, in whole or in part, by the Arizona and United States Constitutions.

4. Plaintiff's claims are barred, in whole or in part, by the doctrines of laches and/or unclean hands.

5. Plaintiff s claims are barred, in whole or in part, by Plaintiff's failure to mitigate her damages.

6. Plaintiff's claims are barred, in whole or in part, because Honeywell is entitled to a setoff.

7. Honeywell reserves the right to amend its affirmative defenses pursuant to Rule 8, Fed. R. Civ. P.

WHEREFORE, Honeywell prays for relief as follows:

1. That Plaintiff's Complaint be dismissed in its entirety and with prejudice;

2. That Plaintiff take nothing by this action and that judgment be entered against Plaintiff and in favor of Honeywell;

3. That Plaintiff return any amount of wages she received from Honeywell in excess of what she was contractually owed;

4. That Honeywell be awarded all costs and attorneys' fees incurred in defending this action; and

5. That Honeywell be granted such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 27th day of August 2018.

>OGLETREE, DEAKINS, NASH,
>SMOAK & STEWART, P.C.
>
>By: s/Leah S. Freed
>   Leah S. Freed
>   Ryan T. Mangum
>   2415 East Camelback Road, Suite 800
>   Phoenix, Arizona 85016
>   Attorneys for Defendant

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August 2018 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also hereby certify that on the 27th day of August 2018 I served the attached document by U.S. Mail on:

Lolita Harrison
9428 East Sutton Drive
Scottsdale, Arizona 85260


s/Debra A. Irwin

35251754.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016