IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lolita Harrison,<br><br>          Plaintiff,<br><br>v.<br><br>Honeywell International, et al.,<br><br>          Defendants. | NO. CV-18-00990-PHX-SMB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 7, 2019, which granted Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant both on Plaintiff's Complaint and on Defendant's Counterclaim for $1,826.92. This action is hereby terminated.

                                                  Brian D. Karth
                                                  District Court Executive/Clerk of Court

August 7, 2019

                                                  s/ Erica Aragon
                                        By   Deputy Clerk